## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| DANNY LEE MORRIS, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:19-CV-223-SPM |
| JASON LEWIS, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis on appeal is **DENIED**. [ECF No. 16]

**IT IS FURTHER ORDERED** that petitioner's motion for an extension of time to file his prison account statement is **DENIED as moot**. [ECF No. 17]

Dated this 3rd day of April, 2020.

                                                                                    */s/ Shirley Padmore Mensah*
                                                        SHIRLEY PADMORE MENSAH
                                                        UNITED STATES MAGISTRATE JUDGE