**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| DANNY LEE MORRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:19-CV-223-SPM |
| | ) | |
| JASON LEWIS, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's second motion to proceed in forma pauperis on appeal.  The Court denied petitioner's first motion to proceed in forma pauperis on April 3, 2020.  *See* ECF No. 18.  When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith.  "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  28 U.S.C. § 1915(a)(3).  Petitioner's second motion is denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's second motion to proceed in forma pauperis on appeal is **DENIED**. [ECF No. 19]

Dated this 17th day of April, 2020.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE